UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

United States of America

   v.                                       Case No. 20-cr-64-PB

Inyemar Manuel Suazo

## O R D E R

A status conference was held on September 27, 2021. Present were Assistant United States Attorneys Johnathan Nathans and Michael Conley on behalf of the government, and Edward S. MacColl on behalf of the defendant.

IT IS ORDERED:

    1.   Trial will begin with jury selection at 9:30 a.m. on **October 5, 2021,** and the start of evidence to follow jury selection. The parties estimate that trial will require 5 to 7 days.

    2.   The government shall be entitled to **eight** (8) peremptory challenges.  Defendant shall be entitled to **twelve** (12) peremptory challenges.  Twelve jurors and four alternates (resulting in two additional peremptory challenges for each side above those provided by Fed. R. Crim. P. 24(b)(2)) will be seated. Alternates will be retained through deliberation.

    3.   The parties shall exchange witness lists and file a copy with the court on or before **September 28, 2021.**

1

4. Requests for jury instructions shall be submitted on or before **October 5, 2021**. Additions and/or amendments thereto will be considered if submitted before the close of trial. Requests shall be submitted in a logical sequence, shall be non-argumentative, and shall set forth an accurate statement of the law as it applies to the case. Counsel need not submit "boilerplate" instructions. The court anticipates providing counsel with a draft charge in sufficient time to meaningfully review the jury instructions and make suggestions prior to the close of trial.

5. Requests for special voir dire questions may be submitted no later than **September 28, 2021.**

6. All exhibits, and exhibits lists, shall be submitted on Data Storage Devices for utilization on the Jury Evidence Recording System ("JERS") no later than **October 4, 2021.** Exhibits are to be provided in accordance with the court's instructions, "How to Submit Electronic Exhibit Files," located on the court's website, www.nhd.uscourts.gov, Court Technology. Additionally, the parties shall submit separate Data Storage Devices with premarked exhibits in accordance with the attached instructions for marking exhibits.

8. All motions in limine shall be filed on or before **September 28, 2021;** responses to said motions shall be filed on or before **October 1, 2021.**

9. To the extent possible, counsel shall anticipate and notify the court of any evidentiary disputes that can be discussed outside the presence of the jury. The court intends to utilize jury time in the most efficient manner possible. The court will give counsel an opportunity to alert the court at each break at the beginning and end of each day of trial. Trial will begin every day at 9:00 a.m.

SO ORDERED.

/s/ Paul Barbadoro
_____
Paul Barbadoro
United States District Judge

Date: September 27, 2021